### 15848.   HOLCOMBE v. THE STATE.

LUKE, J.   It is stated in the brief of counsel for the plaintiff in error that the single issue in this case is whether the court erred in refusing to direct a verdict for the defendant. Under repeated rulings of the Supreme Court and of this court, it is never error for the judge to refuse to direct a verdict.

The general grounds of the motion for a new trial are not referred to in the brief of plaintiff in error, and are treated as abandoned.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 9, 1924.

Conviction of embezzlement; from Newton superior court—Judge Hutcheson. August 2, 1924.

Application for certiorari was denied by the Supreme Court.

*Wallace Miller*, for plaintiff in error.

*Claude C. Smith, solicitor-general*, contra.